# OFFICIAL SYLLABI
## Ohio Appeals

HUTCHINSON v. RENNER

Ohio Appeals, 9th Dist., Medina Co.

J. B. Palmquist, Medina, for Hutchinson.

Raymond B. Bennett and John A. Weber, Medina, for Renner.

FUNK, J.

## GUARANTY—Pleadings (440 A)

(280 W) A failure to allege the giving of notice, as required by Section 8429 GC., in an answer setting up a breach of warranty as a counterclaim against the purchase price, renders the answer demurrable and insufficient. (Washburn, P.J., and Pardee, J., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.